# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☑ 1. that the document has been served*
   que la demande a été exécutée*

| | |
|---|---|
| — the (date) / le (date): | MAY 31 2016 |
| — at (place, street, number): à (localité, rue, numéro) : | 125 SUSSEX DRIVE, OTTAWA |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☑ b) in accordance with the following particular method*:
selon la forme particulière suivante* :
PERSONAL SERVICE.

☐ c) ~~by delivery to the addressee, if he accepts it voluntarily*~~
~~par remise simple*~~

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à : GLOBAL AFFAIRS CANADA

| | |
|---|---|
| Identity and description of person: Identité et qualité de la personne : | MARION LEWINSON. |
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | LEGAL ASSISTANT. |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

Annexes / Annexes   AS PER REQUEST.

Documents returned:
Pièces renvoyées :

In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution :

* if appropriate / s'il y a lieu

Done at / Fait à  CITY OF OTTAWA, ONTARIO
The / le  JUNE 01 2016.

Signature and/or stamp
Signature et / ou cachet
/s/ MAXIME LORTIE