# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

[x] 1. that the document has been served*
    que la demande a été exécutée*

- the (date) / le (date): 25 May 2016
- at (place, street, number): 101 Short Street Almonte Ont.
  à (localité, rue, numéro):

- in one of the following methods authorised by Article 5:
  dans une des formes suivantes prévues à l'article 5:

[x] a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
       selon les formes légales (article 5, alinéa premier, lettre a)*

[ ] b) in accordance with the following particular method*:
       selon la forme particulière suivante*:
       ___

[ ] c) by delivery to the addressee, if he accepts it voluntarily*
       par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

Identity and description of person:
Identité et qualité de la personne: George Webb   verbal identification

Relationship to the addressee (family, business or other):
Liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

[ ] 2. that the document has not been served, by reason of the following facts*:
       que la demande n'a pas été exécutée, en raison des faits suivants*:

___

[ ] In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

Documents returned:
Pièces renvoyées:

In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

* if appropriate / s'il y a lieu

Done at / Fait à Almonte
The / le 25 May 2016

Signature and/or stamp
Signature et / ou cachet