| | |
|---|---|
| 1 | Chief Judge Ricardo Martinez |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>        Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>        Defendants. | NO. 2:16-cv-00571-RSM<br><br>**NOTICE OF APPEARANCE** |

TO:    CLERK OF THE COURT;
TO:    PERIENNE DE JARAY, Plaintiff; and
TO:    ANDREW C. LAUERSDORF and JANIS C. PURACAL, Attorneys for Plaintiff

YOU AND EACH OF YOU will please take notice that Defendants Attorney General of Canada for Her Majesty The Queen, Canadian Border Services Agency, Global Affairs Canada fka Department of Foreign Affairs and International Trade Canada, George Webb, Kevin Varga, and Patrick Liska, without waiver of any objections including those as to improper service or jurisdiction, hereby enters their appearance through the undersigned

NOTICE OF APPEARANCE - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1  attorneys. All service of further pleadings, notices, documents, and other papers herein,

2  exclusive of original process, may be had upon said defendants by serving the undersigned

3  attorneys of record at the address below stated.

4      David R. West
    Donald B. Scaramastra
5      Victoria Slade
    GARVEY SCHUBERT BARER
6      1191 Second Avenue, Suite 1800
7      Seattle, WA 98101
    (206) 464-3939
8      drwest@gsblaw.com
    dscaramastra@gsblaw.com
9      vslade@gsblaw.com

10  DATED this 1st day of July, 2016.

11                                  GARVEY SCHUBERT BARER

12

13                                By  */s/David R. West*
                                  David R. West, WSBA #13680
14                                    Garvey Schubert Barer
                                  1191 Second Avenue, Suite 1800
15                                    Seattle, WA 98101
                                  (206) 464-3939
16                                    drwest@gsblaw.com

17                                By  */s/Donald B. Scaramastra*
                                  Donald B. Scaramastra, WSBA #21416
18                                    Garvey Schubert Barer
                                  1191 Second Avenue, Suite 1800
19                                    Seattle, WA 98101
                                  (206) 464-3939
20                                    dscaramastra@gsblaw.com

21
                              By  */s/Victoria Slade*
22                                    Victoria Slade, WSBA #44597
                                  Garvey Schubert Barer
23                                    1191 Second Avenue, Suite 1800
                                  Seattle, WA 98101
24                                    (206) 464-3939
                                  vslade@gsblaw.com
25

26                                *Attorneys for Defendants Attorney*
                              *General of Canada for Her Majesty*

NOTICE OF APPEARANCE - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1
2
3   *The Queen, Canadian Border Services Agency, Global Affairs Canada fka Department of Foreign Affairs and International Trade Canada, George Webb, Kevin Varga, and Patrick Liska*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2016, I electronically filed the NOTICE OF APPEARANCE on behalf of Defendants Attorney General of Canada for Her Majesty The Queen, Canadian Border Services Agency, Global Affairs Canada fka Department of Foreign Affairs and International Trade Canada, George Webb, Kevin Varga, and Patrick Liska with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Andrew C. Lauersdorf
Janis C. Puracal
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Suite 300
Portland, Oregon 97214
Telephone: 503-245-1518
Facsimile: 503-245-1417
acl@mlrlegalteam.com
jcp@mlrlegalteam.com
*Attorneys for Plaintiff Perienne de Jaray*

DATED this 1st day of July, 2016.

GARVEY SCHUBERT BARER

By /s/David R. West
David R. West, WSBA #13680
Garvey Schubert Barer
1191 Second Avenue, Suite 1800
Seattle, WA 98101
(206) 464-3939
drwest@gsblaw.com

GSB:7828744.1

NOTICE OF APPEARANCE - 4

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939