Chief Judge Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>Defendants. | NO. 2:16-cv-00571-RSM<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, U.S. District Court for the Western District of Washington, defendants state that all defendants are either governmental parties or individuals.

DATED this 1st day of July, 2016.

GARVEY SCHUBERT BARER

By /s/David R. West
David R. West, WSBA #13680
Donald B. Scaramastra, WSBA #21416

CORPORATE DISCLOSURE STATEMENT - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

| | |
|---|---|
| 1 | |
| 2 | Victoria Slade, WSBA #44597 |
|   | GARVEY SCHUBERT BARER |
|   | 1191 Second Avenue, Suite 1800 |
| 3 | Seattle, WA 98101 |
|   | (206) 464-3939 |
| 4 | drwest@gsblaw.com |

Victoria Slade, WSBA #44597
GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, WA 98101
(206) 464-3939
drwest@gsblaw.com

*Attorneys for Defendants Attorney General of Canada for Her Majesty The Queen, Canadian Border Services Agency, Global Affairs Canada fka Department of Foreign Affairs and International Trade Canada, George Webb, Kevin Varga, and Patrick Liska*

CORPORATE DISCLOSURE STATEMENT - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2016, I electronically filed the CORPORATE DISCLOSURE STATEMENT on behalf of Defendants Attorney General of Canada for Her Majesty The Queen, Canadian Border Services Agency, Global Affairs Canada fka Department of Foreign Affairs and International Trade Canada, George Webb, Kevin Varga, and Patrick Liska with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Andrew C. Lauersdorf
Janis C. Puracal
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Suite 300
Portland, Oregon 97214
Telephone: 503-245-1518
Facsimile: 503-245-1417
acl@mlrlegalteam.com
jcp@mlrlegalteam.com
*Attorneys for Plaintiff Perienne de Jaray*

DATED this 1st day of July, 2016.

GARVEY SCHUBERT BARER

By /s/David R. West
David R. West, WSBA #13680
Garvey Schubert Barer
1191 Second Avenue, Suite 1800
Seattle, WA 98101
(206) 464-3939
drwest@gsblaw.com

GSB:7828788.1

CORPORATE DISCLOSURE STATEMENT - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939