The Honorable Ricardo S. Martinez

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                 WESTERN DISTRICT OF WASHINGTON

9                              AT SEATTLE

10  PERIENNE DE JARAY,

11                  Plaintiff,

12        v.

13  ATTORNEY GENERAL OF CANADA
    FOR HER MAJESTY THE QUEEN,
14  CANADIAN BORDER SERVICES
    AGENCY, GLOBAL AFFAIRS CANADA
15  fka DEPARTMENT OF FOREIGN
    AFFAIRS AND INTERNATIONAL
16  TRADE CANADA, GEORGE WEBB,
    KEVIN VARGA, and PATRICK LISKA,
17
                  Defendants.

No.:  2:16-cv-00571-RSM

JOINT STIPULATION ON SERVICE
OF PROCESS AND EXTENSON OF
TIME TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR:
July 28, 2016

18                        **STIPULATION**

19        Plaintiff Perienne de Jaray ("Plaintiff") and Defendants Attorney General

20  of Canada for Her Majesty the Queen ("Attorney General"), Canadian Border

21  Services Agency ("CBSA"), Global Affairs Canada fka Department of Foreign

22  Affairs and International Trade Canada ("GAC"), George Webb, Kevin Varga,

23  and Patrick Liska (collectively, "Defendants") hereby stipulate and agree as

24  follows:

25        1.      Defendants George Webb and GAC were served as of the dates

26

Page 1– JOINT STIPULATION ON SERVICE OF PROCESS AND EXTENSION
        OF TIME TO RESPOND TO COMPLAINT

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1  indicated on the affidavits of service on file with the Court (Dkts. 9 and 10).

2       2.      Defendants Attorney General, CBSA, Varga, and Liska authorize

3  their attorneys, Garvey Schubert Barer, to accept service of the Complaint (Dkt.

4  1) on their behalf in accordance with the terms of this stipulation.

5       3.      Upon entry of the Order below, service of the Complaint (Dkt. 1) on

6  defendants Attorney General, CBSA, Varga, and Liska will be deemed to have

7  taken place in Canada.

8       4.      Upon entry of the Order below, service of the Complaint (Dkt. 1) on

9  all Defendants will be deemed to be sufficient and to have taken place under

10 The Hague Convention on the Service Abroad of Judicial and Extrajudicial

11 Documents in Civil or Commercial Matters pursuant to 28 U.S.C. § 1608 of the

12 Federal Sovereign Immunities Act (as to the government defendants) and

13 pursuant to Federal Rule of Civil Procedure 4(f) (as to the individual

14 defendants).  Accordingly, Defendants will not assert any defenses to service of

15 the Complaint (Dkt. 1) under Fed. R. Civ. P. 12(b)(4) or 12(b)(5).

16      5.      The time for all Defendants to respond to the Complaint will be

17 extended to September 29, 2016.  Defendants will file their responses to the

18 Complaint on or before Thursday, September 29, 2016.   Any motions to

19 dismiss the Complaint will be noted for consideration on Friday, October 21,

20 2016.  The parties will request oral argument, if any, to take place after

21 October 28, 2016.

22      6.      This joint stipulation regarding service and the deadline to respond

23 does not alter any other deadlines or requirements imposed by the Federal

24 Rules of Civil Procedure or other federal law, including but not limited to the

25 Foreign Sovereign Immunities Act or the Alien Tort Statute.

26      7.      The parties agree that the purpose of this joint stipulation is to

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1  facilitate proper service and permit the Defendants additional time to respond

2  to the Complaint.  The parties agree that the joint stipulation may not be used

3  for any other purpose, including but not limited to any argument that any

4  defendant has subjected itself to the jurisdiction of this Court or any other

5  Court in the United States.

6      Dated this 28th day of July, 2016.

| MALONEY LAUERSDORF REINER, PC | GARVEY SCHUBERT BARER |
|---|---|
| By/s/ Andrew C. Lauersdorf<br>Andrew C. Lauersdorf, WSBA #35418<br>E-Mail: acl@mlrlegalteam.com<br>Janis C. Puracal, WSBA #39234<br>E-Mail: jcp@mlrlegalteam.com<br><br>Attorneys for Plaintiff Perienne de Jaray | By /s/ David R. West<br>David R. West, WSBA #13680<br>E-Mail: drwest@gsblaw.com<br>Donald B. Scaramastra, WSBA #21416<br>E-Mail: dscaramastra@gsblaw.com<br>Victoria Slade, WSBA #44597<br>E-Mail: vslade@gsblaw.com<br><br>Attorneys for Defendants |

**ORDER**

It is so ordered.

Dated this ____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

Page 3– JOINT STIPULATION ON SERVICE OF PROCESS AND EXTENSION
OF TIME TO RESPOND TO COMPLAINT

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417