UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PERIENNE DE JARAY,

    Plaintiff,

v.

ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,

    Defendants.

No.: 2:16-cv-00571RSM

JOINT STIPULATION ON SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT

## **STIPULATION**

Plaintiff Perienne de Jaray ("Plaintiff") and Defendants Attorney General of Canada for Her Majesty the Queen ("Attorney General"), Canadian Border Services Agency ("CBSA"), Global Affairs Canada fka Department of Foreign Affairs and International Trade Canada ("GAC"), George Webb, Kevin Varga, and Patrick Liska (collectively, "Defendants") hereby stipulate and agree as follows:

1. Defendants George Webb and GAC were served as of the dates indicated on the affidavits of service on file with the Court (Dkts. 9 and 10).

2. Defendants Attorney General, CBSA, Varga, and Liska authorize

Page 1– JOINT STIPULATION ON SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

their attorneys, Garvey Schubert Barer, to accept service of the Complaint (Dkt. 1) on their behalf in accordance with the terms of this stipulation.

3. Upon entry of the Order below, service of the Complaint (Dkt. 1) on defendants Attorney General, CBSA, Varga, and Liska will be deemed to have taken place in Canada.

4. Upon entry of the Order below, service of the Complaint (Dkt. 1) on all Defendants will be deemed to be sufficient and to have taken place under The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters pursuant to 28 U.S.C. § 1608 of the Federal Sovereign Immunities Act (as to the government defendants) and pursuant to Federal Rule of Civil Procedure 4(f) (as to the individual defendants). Accordingly, Defendants will not assert any defenses to service of the Complaint (Dkt. 1) under Fed. R. Civ. P. 12(b)(4) or 12(b)(5).

5. The time for all Defendants to respond to the Complaint will be extended to September 29, 2016. Defendants will file their responses to the Complaint on or before Thursday, September 29, 2016. Any motions to dismiss the Complaint will be noted for consideration on Friday, October 21, 2016. The parties will request oral argument, if any, to take place after October 28, 2016.

6. This joint stipulation regarding service and the deadline to respond does not alter any other deadlines or requirements imposed by the Federal Rules of Civil Procedure or other federal law, including but not limited to the Foreign Sovereign Immunities Act or the Alien Tort Statute.

7. The parties agree that the purpose of this joint stipulation is to facilitate proper service and permit the Defendants additional time to respond to the Complaint. The parties agree that the joint stipulation may not be used

Page 2– JOINT STIPULATION ON SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT

MALONEY | LAUERSDORF | REINER pc
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

for any other purpose, including but not limited to any argument that any defendant has subjected itself to the jurisdiction of this Court or any other Court in the United States.

Dated this 28th day of July, 2016.

| MALONEY LAUERSDORF REINER, PC | GARVEY SCHUBERT BARER |
|---|---|
| By /s/ Andrew C. Lauersdorf<br>Andrew C. Lauersdorf, WSBA #35418<br>E-Mail: acl@mlrlegalteam.com<br>Janis C. Puracal, WSBA #39234<br>E-Mail: jcp@mlrlegalteam.com<br><br>Attorneys for Plaintiff Perienne de Jaray | By /s/ David R. West<br>David R. West, WSBA #13680<br>E-Mail: drwest@gsblaw.com<br>Donald B. Scaramastra, WSBA #21416<br>E-Mail: dscaramastra@gsblaw.com<br>Victoria Slade, WSBA #44597<br>E-Mail: vslade@gsblaw.com<br><br>Attorneys for Defendants |

### ORDER

IT IS SO ORDERED this 5th day of August 2016.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 3– JOINT STIPULATION ON SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT