The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>        Plaintiff,<br><br>   v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>        Defendants. | No.: 2:16-cv-00571<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR FRCP 16 STATUS CONFERENCE AND PERMISSION TO ENGAGE IN DISCOVERY UNDER FRCP 26(f)<br><br>[PROPOSED] |

    Plaintiff moved this Court for an order permitting Plaintiff to engage in discovery under FRCP 26(f) and for a status conference under FRCP 16. This Court, having considered papers filed in support of and in opposition to the motion, hereby GRANTS Plaintiff's motion. Plaintiff is permitted to engage in discovery under FRCP 26(f). The Court ORDERS the parties to attend a status conference on _____ to discuss preliminary scheduling in this case.

Page 1– ORDER GRANTING PLAINTIFF'S MOTION FOR FRCP 16 STATUS CONFERENCE AND PERMISSION TO ENGAGE IN DISCOVERY UNDER FRCP 26(f)   [PROPOSED]

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1   Dated this _____ day of _____, 2016.

2

3                                           _____
                                            UNITED STATES DISTRICT JUDGE
4

Presented by:

5

6   MALONEY LAUERSDORF REINER, PC

7

8   By /s/ Janis C. Puracal
    Andrew C. Lauersdorf, WSBA #35418
9   E-Mail: acl@mlrlegalteam.com
    Janis C. Puracal, WSBA #39234
10  E-Mail: jcp@mlrlegalteam.com

11  Attorneys for Plaintiff Perienne de Jaray

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2– ORDER GRANTING PLAINTIFF'S MOTION FOR FRCP 16 STATUS
CONFERENCE AND PERMISSION TO ENGAGE IN DISCOVERY
UNDER FRCP 26(f)   [PROPOSED]

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417