CHIEF JUDGE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>Defendants. | NO. 2:16-cv-00571-RSM<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SET FRCP 16 CONFERENCE AND TO OPEN DISCOVERY** |

This matter is before the Court on plaintiff Perienne De Jaray's Motion to Set FRCP 16 Conference and to Open Discovery. (Dkt. 15.) After careful consideration of the motion, opposition by defendants Attorney General of Canada for her Majesty the Queen, Canadian Border Services Agency, Global Affairs Canada, George Webb, Kevin Varga, and Patrick Liska, any supporting documents, and the record, it is hereby

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SET
FRCP 16 CONFERENCE AND TO OPEN DISCOVERY - 1
(NO. 2:16-CV-00571-RSM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1   ORDERED and ADJUDGED that plaintiff's motion is DENIED without prejudice to

2   plaintiff's ability to refile an appropriately supported motion after defendants file their

3   anticipated motions to dismiss.

4   DATED this _____ day of August, 2016.

5

6

7   _____
    JUDGE RICARDO MARTINEZ

8

9

10  *Presented by:*

11  GARVEY SCHUBERT BARER

12

13  By:   *s/Donald B. Scaramastra*
          David R. West, WSBA #13680
          Donald B. Scaramastra, WSBA #21416
14        Victoria Slade, WSBA #44597
          Garvey Schubert Barer
15        1191 Second Avenue, Suite 1800
          Seattle, WA 98101
16        (206) 464-3939
          drwest@gsblaw.com
17        dscaramastra@gsblaw.com
          vslade@gsblaw.com
18
    *Attorneys for Defendants Attorney General
19  of Canada for Her Majesty The Queen,
    Canadian Border Services Agency,
20  Global Affairs Canada, George Webb,
    Kevin Varga, and Patrick Liska*
21
    GSB:7994024.1
22

23

24

25

26

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SET
FRCP 16 CONFERENCE AND TO OPEN DISCOVERY - 2
(NO. 2:16-CV-00571-RSM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939