Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>        Plaintiff,<br><br>   v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>        Defendants. | No.: 2:16-cv-00571<br><br>SECOND DECLARATION OF JANIS C. PURACAL IN SUPPORT OF PLAINTIFF'S MOTION FOR FRCP 16 STATUS CONFERENCE AND PERMISSION TO ENGAGE IN DISCOVERY UNDER FRCP 26(f) |

I, Janis C. Puracal, declare as follows:

1. I am an attorney with the law firm of Maloney Lauersdorf Reiner, PC, counsel to Plaintiff Perienne de Jaray in this matter. I have personal knowledge of the following facts based on my capacity as counsel in this case.

2. The exhibits numbers in this declaration begin where my earlier declaration (Dkt. No. 16) left off.

3. Attached as Exhibit 2 is a true and correct copy of an email thread between counsel in this case, ending on August 12, 2016.

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

4. Attached as Exhibit 3 is a true and correct copy of an email thread between counsel in this case, ending on July 28, 2016.

5. Attached as Exhibit 4 is a true and correct copy of Plaintiff's original draft stipulation on service and an extension to answer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 19th day of August, 2016.

/s/Janis C. Puracal
Janis C. Puracal, WSBA #39234
E-Mail: jcp@mlrlegalteam.com

Attorneys for Plaintiff Perienne de Jaray

Page 2–

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

