```
Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417
```

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>Defendants. | No.: 2:16-cv-00571<br><br>JOINT STIPULATION ON SERVICE OF PROCESS AND THE DEFENDANTS' DEADLINE TO ANSWER THE COMPLAINT |

**STIPULATION**

Plaintiff Perienne de Jaray ("Plaintiff") and Defendants Attorney General of Canada for Her Majesty the Queen ("Attorney General"), Canadian Border Services Agency ("CBSA"), Global Affairs Canada fka Department of Foreign Affairs and International Trade Canada ("DFAIT"), George Webb, Kevin Varga, and Patrick Liska (collectively, "Defendants") hereby stipulate and agree as follows:

1.  Defendants George Webb and DFAIT were served as of the dates

Page 1– JOINT STIPULATION ON SERVICE OF PROCESS AND THE DEFENDANTS' DEADLINE TO ANSWER THE COMPLAINT

MALONEY | LAUERSDORF | REINER PC
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

Exhibit 4, Page 1 of 3
Second Declaration of Janis C. Puracal

1. indicated on the affidavits of service on file with the court.

2. Defendants Attorney General, CBSA, Varga, and Liska authorize their attorneys, Garvey Schubert Barer, to accept service on their behalf.

3. Service will be deemed to have taken place in Canada.

4. Service on all Defendants will be deemed to be proper and to have taken place under The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters pursuant to 28 U.S.C. § 1608 of the Federal Sovereign Immunities Act (as to the government defendants) and pursuant to Federal Rule of Civil Procedure 4(f) (as to the individual defendants).

5. The time for all Defendants to respond to the complaint will be extended to September 29, 2016. The Defendants will file answers or motions that will be due on or before Thursday, September 29. Plaintiff's response to any such motions will be due on or before Monday, October 17. Defendants' reply to any such motions will be due on or before Friday, October 21. The motions will be noted for consideration on Friday, October 21. The parties will request oral argument, if any, to take place after October 28.

6. This joint stipulation regarding service and the deadline to answer will not alter any other deadlines under the Federal Rules of Civil Procedure. The parties will hold their FRCP 26(f) conference on or before August 2, and the joint status report will be filed on or before August 16.

The parties agree that the purpose of this joint stipulation is to facilitate proper service and permit the Defendants additional time to respond to the complaint. The parties agree that the joint stipulation cannot be used for any other purpose.

Page 2– JOINT STIPULATION ON SERVICE OF PROCESS AND THE DEFENDANTS' DEADLINE TO ANSWER THE COMPLAINT

MALONEY LAUERSDORF REINER PC
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

Exhibit 4, Page 2 of 3
Second Declaration of Janis C. Puracal

Dated this _____ day of _____, 2016.

| MALONEY LAUERSDORF REINER, PC | GARVEY SCHUBERT BARER |
|---|---|
| By_____<br>Andrew C. Lauersdorf, WSBA #35418<br>E-Mail: acl@mlrlegalteam.com<br>Janis C. Puracal, WSBA #39234<br>E-Mail: jcp@mlrlegalteam.com<br><br>Attorneys for Plaintiff Perienne de Jaray | By_____<br>David R. West, WSBA #13680<br>E-Mail: drwest@gsblaw.com<br>Donald B. Scaramastra, WSBA #21416<br>E-Mail: dscaramastra@gsblaw.com<br>Victoria Slade, WSBA #44597<br>E-Mail: vslade@gsblaw.com<br><br>Attorneys for Defendants |

**ORDER**

It is so ordered.

Dated this ____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

Page 3– JOINT STIPULATION ON SERVICE OF PROCESS AND THE DEFENDANTS' DEADLINE TO ANSWER THE COMPLAINT

MALONEY LAUERSDORF REINER PC
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417