Chief Judge Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>        Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>        Defendants. | NO. 2:16-cv-00571-RSM<br><br>[PROPOSED]<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

This matter came before the Court on the Motion to Dismiss ("Motion"), filed by Defendants. Upon consideration of the Motion and any opposition thereto, this Court finds that good cause exists to grant the relief requested. Specifically, this Court lacks jurisdiction under the Foreign Sovereign Immunities Act and the Alien Tort Statute against the defendants; the individual defendants are immune under federal common law for their official acts, and plaintiff only alleges official acts by the individual defendants; Canada is a more convenient

ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS COMPLAINT - 1
NO. 2:16-CV-00571-RSM

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1  forum for the parties and witnesses under the doctrine of forum non conveniens; and this Court
2  declines to exercise any jurisdiction it may have under the Act of State doctrine and under
3  principles of international comity.  Accordingly, it is hereby:
4      ORDERED that the relief sought in the Motion be, and hereby is, GRANTED; and
5      ORDERED that all of Plaintiff's claims, and the complaint, are hereby dismissed in
6  their entirety.
7      SO ORDERED this _____ day of _____, 2016.

                                                                         _____
                                                                         HONORABLE RICHARDO MARTINEZ

Presented by:

GARVEY SCHUBERT BARER

By *s/ David R. West*
    David R. West
    1191 Second Avenue, 18th Floor
    Seattle, WA 98101-2939
    Phone: (206) 464-3939
    Fax: (206) 464-0125
    Email: drwest@gsblaw.com
    *Attorneys for Defendants*

GSB:8087972.1

ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS COMPLAINT - 2
NO. 2:16-CV-00571-RSM

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939