David R. West, WSBA #13680
Donald B. Scaramastra, WSBA #21416
Victoria M. Slade, WSBA #44597
Mark B. Feldman, Of Counsel
GARVEY SCHUBERT BARER
1191 Second Ave., 18th Floor
Seattle, WA  98101
Phone: (206) 464-3939
Fax: (206) 464-0125
Attorneys for Defendants

Chief Judge Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>            Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>            Defendants. | NO. 2:16-cv-00571-RSM<br><br>**PRAECIPE TO RE-NOTE DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br><u>Note on motion calendar</u>:<br>Friday, October 21, 2016<br>(pursuant to Dkt. 14) |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:

Please re-note Defendants' Motion to Dismiss Complaint [Dkt 22] on motion calendar to Friday, October 21, 2016.

PRAECIPE TO RE-NOTE
DEFENDANTS' MOTION TO DISMISS COMPLAINT
NO. 2:16-CV-00571-RSM

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

1 | DATED this 29th day of September, 2016.

GARVEY SCHUBERT BARER

By */s/David R. West*
David R. West, WSBA #13680
Donald B. Scaramastra, WSBA #21416
Victoria Slade, WSBA #44597
Garvey Schubert Barer
1191 Second Avenue, Suite 1800
Seattle, WA 98101
(206) 464-3939
Of Counsel:  Mark B. Feldman (not admitted in Washington)

Attorneys for Defendants Attorney General of Canada for Her Majesty The Queen, Canadian Border Services Agency, Global Affairs Canada, George Webb, Kevin Varga, and Patrick Liska

PRAECIPE TO RE-NOTE
DEFENDANTS' MOTION TO DISMISS COMPLAINT- 1
NO. 2:16-CV-00571-RSM

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2016, I electronically filed the PRAECIPE TO RE-NOTE DEFENDANTS' MOTION TO DISMISS COMPLAINT on behalf of Defendants Attorney General of Canada for Her Majesty The Queen, Canadian Border Services Agency, Global Affairs Canada fka Department of Foreign Affairs and International Trade Canada, George Webb, Kevin Varga, and Patrick Liska with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

> Andrew C. Lauersdorf
> Janis C. Puracal
> MALONEY LAUERSDORF REINER, PC
> 1111 E. Burnside Street, Suite 300
> Portland, Oregon 97214
> Telephone: 503-245-1518
> Facsimile: 503-245-1417
> acl@mlrlegalteam.com
> jcp@mlrlegalteam.com
> *Attorneys for Plaintiff Perienne de Jaray*

DATED this 29th day of September, 2016.

> GARVEY SCHUBERT BARER
>
> By */s/David R. West*
>   David R. West, WSBA #13680
>   Garvey Schubert Barer
>   1191 Second Avenue, Suite 1800
>   Seattle, WA 98101
>   (206) 464-3939
>   drwest@gsblaw.com

GSB:8088161.1

PRAECIPE TO RE-NOTE
DEFENDANTS' MOTION TO DISMISS COMPLAINT- 2
NO. 2:16-CV-00571-RSM

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939