Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail:  jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>　　　　　Defendants. | No.:  2:16-cv-00571<br><br>PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PENDING RULING ON MOTION FOR DISCOVERY<br><br>NOTE ON MOTION CALENDAR: FRIDAY, OCTOBER 14, 2016 |

## I. RELIEF REQUESTED

Plaintiff Perienne de Jaray requests the Court extend the deadline to respond to Defendants' motion to dismiss pending the Court's ruling on Plaintiff's motion for discovery.

## II. STATEMENT OF FACTS

Defendants filed their motion to dismiss on September 29, 2016.

Page 1– PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
　　　TO DEFENDANTS' MOTION TO DISMISS PENDING RULING ON
　　　MOTION FOR DISCOVERY

MALONEY | LAUERSDORF | REINER pc
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

Plaintiff's response is due by October 17. In their motion, Defendants request that the Court dismiss this case for lack of jurisdiction and based on the doctrines of *forum non conveniens*, "act of state," and "international comity."[1] Defendants base their arguments on the unsupported assertions that the wrongful conduct occurred in Canada and that all witnesses are located in Canada.[2]

Plaintiff's damage did not arise solely out of the wrongful conduct in Canada. The cause of Plaintiff's damage was the Defendants' wrongful actions taken to involve U.S. law enforcement—including the FBI and the U.S. Attorney's Office in Seattle—and to conduct an investigation on U.S. soil, which largely occurred in Washington State. Defendants now argue that it would be inconvenient and improper to answer for that conduct in a U.S. court in Washington State.

Plaintiff is preparing her motion for leave to seek discovery necessary to respond to Defendants' factual assertions about the location of the wrongful conduct and the witnesses involved. Plaintiff will file her motion within one week.

Because that motion will not be decided before the deadline to respond to the motion to dismiss, Plaintiff files this motion to extend the deadline to respond.

### III. ISSUE PRESENTED

Should the Court extend the deadline to respond to Defendants' motion

---

[1] Defendants' Motion to Dismiss Complaint at pp. 20-24 [Dkt. No. 22].

[2] *Id.*

Page 2– PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PENDING RULING ON MOTION FOR DISCOVERY

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

to dismiss pending the Court's ruling on Plaintiff's motion for discovery?

## IV. ANALYSIS

Federal Rule of Civil Procedure 6(b)(1) permits the Court to extend a deadline for "good cause" shown. Local Rule 7(j) provides that a party should request relief from a deadline "sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline."

Pursuant to the parties' stipulation, Defendants filed their motion to dismiss on September 29 and noted the motion for consideration on October 21. Plaintiff's response is due by October 17. Plaintiff, however, requires additional information to respond to Defendants' arguments related to *forum non conveniens*, "act of state" doctrine, and "international comity" doctrine.

Pursuant to this Court's order,[3] Plaintiff is preparing her motion for leave to seek discovery and will file that motion within one week. Plaintiff requests the Court extend the deadline to respond to Defendants' motion to dismiss pending the Court's ruling on Plaintiff's motion for discovery.

## V. CONCLUSION

Plaintiff respectfully requests the Court extend the deadline to respond to the motion to dismiss pending the Court's ruling on Plaintiff's motion for discovery.

---

[3] Order Denying Plaintiff's Motion for FRCP 16 Conference at p.3 ("Plaintiff has failed to make a showing that discovery is needed to respond to the as-yet-unfiled Rule 12 motion, but Plaintiff may move at a later date to request that discovery and an extension of the deadline to respond to the Rule 12 motions.") [Dkt. No. 21].

Page 3– PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PENDING RULING ON MOTION FOR DISCOVERY

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

DATED: October 6, 2016

MALONEY LAUERSDORF REINER, PC

By /s/ Andrew C. Lauersdorf
Andrew C. Lauersdorf, WSBA #35418
E-Mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-Mail: jcp@mlrlegalteam.com

Attorneys for Plaintiff Perienne DeJaray

Page 4– PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PENDING RULING ON MOTION FOR DISCOVERY

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417