Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>    Defendants. | No.: 2:16-cv-00571<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS<br><br>[PROPOSED] |

Plaintiff moved this Court for an order extending the deadline to respond to Defendants' motion to dismiss. This Court, having considered papers filed in support of and in opposition to the motion, hereby GRANTS Plaintiff's motion. The deadline to respond to Defendants' motion to dismiss is STAYED pending the Court's ruling on Plaintiff's motion for leave to seek discovery.

///

///

Page 1– ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1   Dated this _____ day of _____, 2016.

2

3

4                                           _____
                                            UNITED STATES DISTRICT JUDGE

5

6   Presented by:

7   MALONEY LAUERSDORF REINER, PC

8

9   By /s/ Andrew C. Lauersdorf
    Andrew C. Lauersdorf, WSBA #35418
10  E-Mail: acl@mlrlegalteam.com
    Janis C. Puracal, WSBA #39234
11  E-Mail: jcp@mlrlegalteam.com

12  Attorneys for Plaintiff Perienne de Jaray

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2–   ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF
          TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417