Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>    Defendants. | No.:  2:16-cv-00571<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SEEK DISCOVERY<br><br>[PROPOSED] |

Plaintiff moved this Court for leave to seek discovery necessary to respond to Defendants' motion to dismiss.  This Court, having considered the papers filed in support of and in opposition to the motion, hereby GRANTS Plaintiff's motion.  Plaintiff SHALL serve the discovery requests attached as Exhibits 2-5 to the Declaration of Andrew C. Lauersdorf.  The deadline to respond to Defendants' motion to dismiss is STAYED for 60 days from the date of this order.

///

Page 1– ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SEEK DISCOVERY

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1  Dated this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

MALONEY LAUERSDORF REINER, PC


By /s/ Andrew C. Lauersdorf
Andrew C. Lauersdorf, WSBA #35418
E-Mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-Mail: jcp@mlrlegalteam.com

Attorneys for Plaintiff Perienne de Jaray

Page 2– ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SEEK DISCOVERY

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417