Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>　　　　　Defendants. | No.: 2:16-cv-00571<br><br>DECLARATION OF ANDREW C. LAUERSDORF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SEEK DISCOVERY |

I, Andrew C. Lauersdorf, declare as follows:

　　1.　　I am an attorney with the law firm of Maloney Lauersdorf Reiner, PC, counsel to Plaintiff Perienne de Jaray in this matter. I have personal knowledge of the following facts gained in my capacity as counsel.

　　2.　　Attached as Exhibit 1 is a true and correct copy of an email from Assistant United States Attorney Todd Greenberg to Mark Bartlett in Seattle. My office received a copy of the email from Mr. Bartlett, who was counsel to Perienne de Jaray.

Page 1– DECLARATION OF ANDREW C. LAUERSDORF

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

3. Attached as Exhibit 2 is a true and correct copy of Plaintiff's proposed First Set of Interrogatories and Requests for Production to All Defendants.

4. Attached as Exhibit 3 is a true and correct copy of Plaintiff's proposed Notice of Deposition of Defendant Kevin Varga, whom Plaintiff understands was one of the individuals who contacted and met with witnesses in Washington State and elsewhere in the United States.

5. Attached as Exhibit 4 is a true and correct copy of Plaintiff's proposed subpoena to the Federal Bureau of Investigation.

6. Attached as Exhibit 5 is a true and correct copy of Plaintiff's proposed subpoena to the United States Attorney's Office.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 13th day of October, 2016.

/s/Andrew C. Lauersdorf
Andrew C. Lauersdorf, WSBA #35418

Page 2– DECLARATION OF ANDREW C. LAUERSDORF



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417