**From:** Greenberg, Todd (USAWAW) [mailto:Todd.Greenberg4@usdoj.gov]
**Sent:** Wednesday, November 27, 2013 3:25 PM
**To:** Bartlett, Mark
**Cc:** Tewell, Candice
**Subject:** Apex and DeJaray Investigation

Mark and Candice:

I'm writing to let you know that, at this point, we are closing our investigation of your clients.  Of course, the status of the investigation may change at some point in the future, but for now that is where we are.  Thanks for meeting with me and providing information on this case.

Todd