Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| PERIENNE DE JARAY, | No.: 2:16-cv-00571 |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT KEVIN VARGA |
| ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff Perienne de Jaray, through her counsel, will take the videotaped, oral examination of Defendant Kevin Varga on mutually agreeable date and at a time to be agreed upon by the parties. The deposition will take place at a mutually agreeable location to be agreed upon by the parties.

/ / /

Page 1– NOTICE OF DEPOSITION OF DEFENDANT KEVIN VARGA

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
117 SW Taylor Street, Ste. 300
Portland, Oregon 97204
Telephone: 503.245.1518
Facsimile: 503.245.1417

1  The videotaped deposition will be taken before an officer authorized to
2  administer oaths and will continue until completed or adjourned.
3  DATED: October 13, 2016

4  MALONEY LAUERSDORF REINER, PC

6  By /s/Andrew C. Lauersdorf
   Andrew C. Lauersdorf, WSBA #35418
7  E-Mail: acl@mlrlegalteam.com
   Janis C. Puracal, WSBA #39234
8  E-Mail: jcp@mlrlegalteam.com

9  Attorneys for Plaintiff Perienne de Jaray

Page 2– NOTICE OF DEPOSITION OF DEFENDANT KEVIN VARGA

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
117 SW Taylor Street, Ste. 300
Portland, Oregon 97204
Telephone: 503.245.1518
Facsimile: 503.245.1417

Declaration of Andrew C. Lauersdorf
Exhibit 3, Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2016, I served the foregoing NOTICE OF DEPOSITION OF DEFENDANT KEVIN VARGA on the following party at the following address:

> David R. West, WSBA #13680
> Donald B. Scaramastra, WSBA #21416
> Victoria M. Slade, WSBA #44597
> Garvey Schubert Barer
> 1191 Second Avenue, 18th Floor
> Seattle, WA 98101

by emailing a true and correct copy thereof.

MALONEY LAUERSDORF REINER, PC

By /s/Andrew C. Lauersdorf
Andrew C. Lauersdorf, WSBA #35418
E-Mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-Mail: jcp@mlrlegalteam.com

Attorneys for Plaintiff Perienne de Jaray

CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

Declaration of Andrew C. Lauersdorf
Exhibit 3, Page 3 of 3