Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>        Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>        Defendants. | No.:  2:16-cv-00571<br><br>DECLARATION OF PERIENNE DE JARAY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SEEK DISCOVERY |

I, Perienne de Jaray, hereby declare as follows:

1. I am the Plaintiff in this case.  I have personal knowledge of the following facts.

2. Attached as Exhibit 1 is a true and correct copy of a Report of Interview with Bob Rodgers, which was disclosed by the Government of Canada in the criminal proceedings against me.

3. Attached as Exhibit 2 is a true and correct copy of a Report of Interview with Randy Wood, which was disclosed by the Government of Canada

Page 1–   DECLARATION OF PERIENNE DE JARAY

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1. in the criminal proceedings against me.

2. 4. I have information that the Defendants in this case were contacting Apex employees at the Ferndale, Washington facility since at least 2009.

3. 5. On October 3, 2016, I spoke with Holly Swartos, my former Executive Assistant from Apex-Micro America, Inc. in Ferndale, Washington. Ms. Swartos told me that she recalls that Canadian investigators were dropping off business cards and meeting with U.S.-based employees of Apex. Ms. Swartos said that Canadian investigators contacted her on multiple occasions at the Ferndale facility to ask about my location and find out if Ms. Swartos was aware of any suspicious activity or shipments. Canadian investigators even offered to meet with Ms. Swartos at her convenience in the United States. Ms. Swartos told me that employees at Apex in Ferndale were scared about any kind of association and the environment at Apex became uncomfortable once investigators started contacting employees and suggesting that I (and the company) were in involved in suspicious activity. Ms. Swartos said that the Canadian investigators were really planting seeds of doubt in all the American employees throughout this process. Ms. Swartos said that she watched business decline almost instantly, and she recalls the drastic change in staffing, production, and all aspects of the supply chain. Ms. Swartos specifically remembers calling me after getting a call in the U.S.—at her desk in Ferndale—from a CBSA investigator. She said that she was concerned, and was looking for me to direct her in how to handle it and what to do. Ms. Swartos informed me that the name Kevin Varga was familiar. Ms. Swartos also specifically remembers taking multiple calls from CBSA investigators while at her desk in Ferndale, and the investigators wanted her to meet with them if she "knew anything" and to assist them in what she felt was an investigation.

Page 2–  DECLARATION OF PERIENNE DE JARAY

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1. Ms. Swartos said that the investigators offered to meet at her convenience in the U.S., and she began to screen all calls a lot heavier from that point forward. She also remembers a specific instance during which she had to stay at the office late to contact our supply chain in China, and she received a call after-hours from CBSA investigators. Ms. Swartos said that there were not many people around when the investigators called, and it was very unsettling for her as she recalls the investigator being fairly aggressive and insistent.

6. On September 10, 2016, I spoke with Murray Erickson, a former robotics production manager at Apex-Micro America, Inc. Mr. Erickson told me that he recalls a CBSA investigator attempting to contact him while he was living and working in Washington State. Mr. Erickson also remembers getting a call proposing a meeting in the United States. Given the rumors and the developing general fear in the company, he starting avoiding all unknown phone numbers to prevent any more harassment. Mr. Erickson also said that he heard that Canadian investigators were contacting many of his U.S.-based co-workers and asking questions about me, the business, and whether his co-workers were aware of any suspicious activity. He said the questions were suggesting devious activity. Mr. Erickson said that he remembers watching me disengage from co-workers and friends, as everyone starting looking to me for answers about why CBSA investigators were contacting them all here in the United States, and why they were asking questions suggesting illegal activity. He said that he watched me struggle mentally, emotionally, and physically as the business fell apart and as customers pulled their business after the effects rippled through every which way.

7. On October 6, 2016, I spoke with Chris Baker, a former manager at Apex-Micro America, Inc. Mr. Baker said that he remembers being

Page 3– DECLARATION OF PERIENNE DE JARAY

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1  contacted by Canadian investigators while he was living in the United States.
2  He said that he believes the name Kevin Varga is familiar. Mr. Baker
3  remembers receiving a call from a CBSA investigator proposing a meeting near
4  the Apex facility in Ferndale, Washington, at his convenience. Mr. Baker
5  remembers hearing American employees talk about the CBSA investigators and
6  how investigators were contacting them to let them know that they could be of
7  help to an investigation. He heard that investigators were telling employees to
8  keep an eye out in the U.S. if they ever saw something unusual or suspicious
9  and to report the activity to them (CBSA investigators). Canadian investigators
10 were warning the employees not to speak to others about their investigation in
11 the United States. He specifically remembers talking to Holly Swartos and
12 trying to comfort her after she received some phone calls at her desk in
13 Ferndale from CBSA investigators who asked some very unsettling questions
14 about suspicious activity.

15     8.    Ms. Swartos, Mr. Erickson, and Mr. Baker each told me that they
16 would be willing to testify in this case.

17     I declare under penalty of perjury under the laws of the United States
18 that the foregoing is true and correct to the best of my knowledge, information,
19 and belief.

20     DATED this 13th day of October, 2016.

                                            _____
                                            Perienne de Jaray

Page 4– DECLARATION OF PERIENNE DE JARAY

MALONEY | LAUERSDORF | REINER
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417