Interview Report

**Bob RODGERS – 2011/05/26 – Seattle, WA**
**Present: Inv. Kevin Varga, Inv. Doug Mossey, S/A Yi-Lin Lee**

Robert (Bob) Rodgers was the former owner of Pentar Avionics and took over as the general manager when NAT bought out Pentar Avionics and DB Systems to form NAT Seattle. He can't remember when he left NAT Seattle but it was about 5 years ago.

Rodgers could not initially remember Apex-Micro Manufacturing Corporation. He was not familiar with the name Steven de Jaray or Perienne de Jaray.

Rodgers recalled a presentation from Apex-Micro Manufacturing Corporation but could not initially recall if they solicited it or not. He said he had asked Randy Wood to solicit quotes from various contract manufacturers to compare to their internal costs. Apex-Micro Manufacturing Corporation may have been one of the companies approached. Rodgers said he cannot recall any business dealings with Apex-Micro Manufacturing Corporation.

Rodgers said that the initials at the bottom of the letter (Exhibit L27) were his but he does not recall the letter. He said the letter could have been something that Randy Wood would have been authorized to sign. Rodgers said he was not aware of electronic signatures at his company and would not have approved of them. After reading the letter, he found it very awkward and thought it unlikely to have come from his company.

Rodgers said the merged company used the Pentar name for a bit for name recognition but switched exclusively to NAT Seattle shortly afterwards. He said the Pentar Avionics name should not have been on NAT letterhead and further the letterhead was not NAT Seattle letterhead. He thought the letterhead may have been the parent NAT letterhead from Kelowna.

Rodgers said that the company did not do business with Boeing while he was there and the project that it did after he left was only for about 30 network file servers. Rodgers thought Apex-Micro Manufacturing Corporation may have been asked to quote on that project. Rodgers also said that they never developed the moving map technology to the prototype stage as there was no market for it.

Rodgers said that NAT Seattle only had about $5 Million in sales per year. When asked if NAT Seattle would have dealt with the quantities or values that Lattice had sold to Apex-Micro Manufacturing Corporation, Rodgers said that was far beyond their capability.