From: Varga, Kevin
To: "Preshaw, Nils"
Subject: RE: Contact info for fed ex peter scott
Date: June-13-11 7:43:08 AM

Peter Scott / peter.scott@fedex.com
Senior Security Specialist
BC/Yukon

T
F
M

100 - 6011 Westminster Hwy, Richmond, BC V7C 4V4

Lattice was asked to voluntarily provide documents and they did.

-----Original Message-----
From: Preshaw, Nils [mailto:Nils.Preshaw@ppsc-sppc.gc.ca]
Sent: June 10, 2011 1:44 PM
To: Varga, Kevin
Subject: Contact info for fed ex peter scott

Was an mlat used to get Lattice docs ?

Or other means ?

Thanks

-Nils-