

Canada Border Services Agency  
Agence des services frontaliers du Canada  
Criminal Investigations Division  
525 Hamilton Street  
Vancouver, BC V6B 2R1

Your File   Votre référence

Our File   Notre référence  
PA 5061 / V0087817C

Kevin W. Benson  
Assistant ICE Attaché  
U.S. Dept. of Homeland Security  
Immigration and Customs Enforcement  
2100 – 1095 West Pender Street  
Vancouver, BC V6E 2M6

17 March 2009

Dear Sir,

### Re: Request for Assistance – Apex Micro Manufacturing Corporation

The CBSA Criminal Investigations Division in Vancouver is conducting an investigation into the illegal export of integrated circuits by Apex Micro Manufacturing Corporation, a Canadian company located at 8128 River Way, Delta, BC. It is alleged that Apex Micro Manufacturing Corporation attempted to export two types of dual use, military standard, field programmable logic device integrated circuits to Hong Kong on 22 December 2008 without reporting the goods to CBSA contrary to the *Customs Act*, and without the required export permits contrary to the *Export and Import Permits Act*.

Search warrants were executed by CBSA on 13 February 2009 and evidence was found that suggests Apex Micro Manufacturing Corporation may have been exporting these goods, plus other similar controlled integrated circuits, since 2006. The integrated circuits of concern were imported into Canada by Apex Micro Manufacturing Corporation from Lattice Semiconductor Corporation of 5555 NE Moore Court, Hillsboro, OR 97124-6421.

The integrated circuits intercepted on 22 December 2008 were picked up from the Apex Micro Manufacturing Corporation business address using the Apex Micro Manufacturing Corporation courier account but were shipped under the name Caliber Solutions. Several waybills were located during the search warrant showing previous exports of goods by Caliber, Caliber Solutions, and Caliber Component Solutions to Hong Kong. Also found were two purchase orders from a Hong Kong company to Apex Micro Manufacturing Corporation for export-controlled integrated circuits.

Apex Micro Manufacturing Corporation owner Steven A.W. de Jaray stated to CBSA and Foreign Affairs and International Trade Canada that the circuits were to be used in fuel injection system modules for motorcycles and vehicles. These components do not appear to be consistent with such use. He stated that the integrated circuits were being sent to their Hong Kong branch plant for assembly at lower labour costs. Additionally, a former Lattice Semiconductor Corporation sales representative in Canada told CBSA that he recalled that the circuits were supposed to be used to build display units for



aircraft entertainment systems. He said he passed all documentation received from Apex Micro Manufacturing Corporation on to Lattice Semiconductor Corporation in the United States.

Pursuant to the <u>Agreement Between the United States of America and Canada Regarding Mutual Assistance and Cooperation Between Their Customs Administrations</u> (CMAA), dated June 20, 1984, we request your assistance in obtaining the following for the time period from 01 March 2006 date to 28 February 2009 date:

1. Copies of Purchase Orders received from Apex Micro Manufacturing Corporation by Lattice Semiconductor Corporation
2. Copies of Lattice Semiconductor Corporation order documentation for sales to Apex Micro Manufacturing Corporation including invoices, order cancellations or amendments, delivery schedule amendments, and certificates of conformance
3. Copies of any Lattice Semiconductor Corporation documentation and/or correspondence stating the end-use of the integrated circuits by Apex Micro Manufacturing Corporation
4. The names of any Apex Micro Manufacturing Corporation personnel who made contact with Lattice Semiconductor Corporation
5. Any record of customs enforcement action by U.S. Dept. of Homeland Security on Apex Micro Manufacturing Corporation, or any companies associated to 8128 River Way, Delta, BC V4G 1K5 (i.e. Caliber, Caliber Solutions, Caliber Component Solutions, etc).

Thank you for your assistance in this matter. Should you have any questions please do not hesitate to contact Investigator Kevin Varga at telephone number 604-666-4319.

Sincerely,

*[signature]*

Neil Galbraith
Director
CBSA Criminal Investigations Division, Pacific Region
Canada Border Services Agency

Canada

2