## Interview Report

**Randy WOOD – 2011/05/02 – Everett, WA**
**Present: Inv. Kevin Varga, Inv. Doug Mossey, S/A Yi-Lin Lee**

Randy Wood stated he was an Operations Manager at NAT Seattle in Bothell, Washington from October 2004 to October 2005. He said the company dealt in aviation components and his unit did prototype development and low-volume production. Customers included Boeing.

Wood stated that NAT (Northern Airborne Technology) was a Kelowna, BC company that had purchased USA companies Pentar Avionics and DB Systems. NAT Seattle was owned by The Chelton Group, which in turn was owned by Cobham.

Wood said the only Canadian companies he can recall dealing with at NAT Seattle were Honeywell Canada and another company whose name he could not remember that did circuit board stuffing for them.

Wood was shown a copy of the NAT Seattle letter (Exhibit L27) and asked to comment on it. Wood said he was 100% certain that he did not write the letter and his reasons were as follows:
- He had no recollection at all of the letter
- The language used in the letter was awkward and contained words he would never use (such as "wrought")
- He said he would never list out the manufacturers like they were in the letter
- He would never have used the name Pentar Avionics within the letter as he never worked for them and NAT Seattle did not like anyone to use that name
- The format of the letter is not what he would have used – for example he never would have organized the signature block in the manner on the letter with the company name above his signature.

Wood stated he was "really, really doubtful" he signed the letter as he was not an officer of the company and this was not the sort of letter he would sign. He said the signature was a very clean version of his and he believed it was his digital signature that the company kept on file in Adobe Acrobat format. He said his usual signature was not as neat and he had to try very hard to create a clean signature for the company Adobe file. Wood could not recall who had control over the digital signature.

Wood said he did not recognize the names Apex-Micro Manufacturing Corporation, Steven de Jaray, Perienne de Jaray, Belinda Timlock, or Patrick Lamoureux. He said the apparent initials to the right of his alleged signature could be Robert Rodgers, the founder of Pentar Avionics, but he was speculating.

Wood said that NAT Seattle only employed about 45 people and made about 20 boards at a time. Work would be contracted out to the Canadian company. He was not aware of Lattice components being used in NAT Seattle products but he would not always know what components were being used.

2

Wood stated that NAT Seattle was trying to produce "moving map" technology for airlines but it was not commercially viable for them. He described this as a system to show the location of a plane to passengers as the flight progressed. This technology was only prototyped by NAT Seattle and he doubted that 100, and probably less than 50, units were ever made. He said that the Canadian company should not have know what projects they were working on as their job was simply to put the circuit boards together and should not have known what the final product would be after programming, etc.

Wood stated that the biggest project they would do was about $10,000. When asked if they would work on projects that involved the approximate quantities and values that transacted between Lattice and Apex-Micro, Wood said that was not within their capacity.