Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>  Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>  Defendants. | No.: 2:16-cv-00571<br><br>DECLARATION OF HOLLY SWARTOS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

I, Holly Swartos, hereby declare as follows:

1. I am over the age of 18, and I have personal knowledge of the following facts. I currently live in Redmond, Washington and work in Bellevue, Washington.

2. I worked as the Executive Assistant to Perienne de Jaray at APEX-Micro America, Inc. ("Apex America") in Ferndale, Washington. I lived and worked in the state of Washington at the time that I worked for Apex America.

3. I began hearing rumors about Canadian investigations into Ms. de Jaray and Apex America in 2009. I remember Canadian investigators dropping off business cards at Apex

Page 1– DECLARATION OF HOLLY SWARTOS

MALONEY LAUERSDORF REINER
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

America and hearing about them meeting with U.S.-based employees of Apex at locations within the United States.

4. I remember recording in a spiral notebook multiple messages left by Canadian Border Services Agency ("CBSA") investigators, who called Ms. de Jaray repeatedly at the Ferndale facility.

5. Canadian investigators contacted me personally on multiple occasions while I was at work at Apex America. Canadian investigators questioned me about suspicious activity or shipments, and repeatedly asked me for information about Ms. de Jaray's activities and whereabouts. A CBSA investigator also requested that I meet with him at a location within the United States.

6. I received a call from a CBSA investigator very late one evening, while I was in the office to communicate with Apex America's supply chain in China. There were not many people around when the investigator called, and the investigator was so aggressive and insistent with me about trying to gather information on Ms. de Jaray that I was very frightened by the experience. The call unsettled me to the extent that I called Ms. de Jaray immediately and demanded that she do something. I was unsure why they would not stop calling or requesting information I had no intention of giving out for personal safety for Ms. de Jaray as it is not normal business etiquette to give strangers locations of my boss. I had a hard time understanding why they kept asking where she was, when would she be back, etc.

7. After multiple unsuccessful calls the Canadian investigators asked me to assist in their investigation, and encouraged me to contact them to arrange a meeting once I "knew anything." They informed me that they could meet with me anytime, at my convenience, within the United States. They also told me that I should not talk to anyone about their calls, and that I could be in big trouble if I spoke to anyone about the calls.

8. I had nothing to tell investigators because I had never seen any suspicious activity or packages at Apex America. I was happy with my job, and I respected Ms. de Jaray. She had

Page 2–   DECLARATION OF HOLLY SWARTOS

MALONEY LAUERSDORF REINER PC
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

personally mentored and developed me from an entry level position to one of great leadership and responsibility in a role that I would have been happy to have for years to come. The investigators were so insistent and intimidating that I eventually began to doubt my own knowledge and experience at Apex America.

9. The environment at Apex America grew uncomfortable once Canadian investigators started contacting employees and insinuating that Ms. de Jaray and Apex America were involved in suspicious activity. Many Apex America employees, including me, were very scared that we would be associated with the same unscrupulous activity. Many Apex America employees left to find other work rather than risk being associated or deemed unemployable due to the same activity.

10. I talked to one of the managers at Apex America, Chris Baker, about the intimidating questions from Canadian investigators and about how uncomfortable the environment was at Apex America. I demanded to know what was "really going on" at Apex America, because I started to believe that something sinister or illegal was going on based upon the questions of Canadian investigators. I was very scared that I would be associated with something awful and that my personal livelihood and means of income would disappear before my eyes.

11. I eventually began to screen all calls a lot heavier, and even avoid calls, because the calls from Canadian investigators were intimidating.

11. Many times the investigators calling were elusive and tried to limit the information provided as I began to be more suspicious and provide less and less information, and also completely screening their calls.

12. I would be willing to testify in this case.

Page 3– DECLARATION OF HOLLY SWARTOS

MALONEY LAUERSDORF REINER
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct to the best of my knowledge, information, and belief.

4  DATED this __17__th day of October, 2016.

   _____
   Holly Swartos

Page 4–   DECLARATION OF HOLLY SWARTOS

MALONEY LAUERSDORF REINER
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417