Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>            Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,<br><br>            Defendants. | No.: 2:16-cv-00571<br><br>DECLARATION OF CHRIS BAKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

I, Chris Baker, hereby declare as follows:

1. I am over the age of 18, and I have personal knowledge of the following facts.

2. I worked as GM of Operations at APEX-Micro, a business which had operations located in Ferndale, Washington. I lived in the state of Washington for a portion of the time I worked for Apex Micro and spent time working at the Ferndale, Washington, facility. I reported directly to Perienne de Jaray, who also worked at the Ferndale, Washington, facility.

3. I was contacted by Canadian investigators on multiple occasions while I was living and working in the state of Washington. The name Kevin Varga is familiar.

Page 1— DECLARATION OF CHRIS BAKER

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

4.  Other employees of Apex America told me about CBSA investigators contacting them to request their help with an investigation of Apex America. I was told that Canadian investigators instructed Apex America employees to report to CBSA if they ever saw anything unusual or suspicious occurring at Apex America.

5.  I talked to Holly Swartos, a co-worker at Apex America, and tried to comfort her after she received multiple telephone calls at her desk from CBSA investigators who asked very unsettling questions about Ms. de Jaray and suspicious activity at Apex America.

6.  I also had a number of conversations with Apex America customers who heard that Ms. de Jaray and Apex America were involved in illegal arms-dealing. I remember speaking with the Procurement and Quality Control Manager, Brent Hoffman, of Myer Sound in Berkeley, California. Myer Sound had been a long-standing customer of Apex America. Apex America produced roughly $1 million of electronic manufacturing services annually for Myer Sound. The manager voiced serious concerns about any continuing manufacturing relationship with Apex America after CBSA leveled its allegations against Ms. de Jaray and Apex America.

7.  I also had conversations with managers, Patrick Lamoureux and Steve Cerar, at Alpha Technologies, a company located in Bellingham, Washington, and another long-standing customer of Apex America. Apex America produced roughly $1 million of electronic manufacturing services annually for Alpha as well. The staff at Alpha told me that Alpha had to terminate its relationship with Apex America, because Alpha could not be associated with Apex America following CBSA's allegations of illegal arms dealing at Apex America. The staff at Alpha instructed me to wind up the production for Alpha and fully terminate the supply of products to Alpha as soon as possible as a direct result of CBSA's allegations against Ms. de Jaray and Apex America.

8.  I had been a proud employee of Apex-Micro for the two and half years that I worked for Apex Micro. I believed in Apex America, and invested my time and energy in a company that I thought was going somewhere. I also developed strong ties to the long-time

Page 2– DECLARATION OF CHRIS BAKER

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

employees of Apex America and shared a mutual respect. I very reluctantly left Apex Micro and joined a competitor as a direct result of the investigation.

9. I would be willing to testify in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 17th day of October, 2016.

*/s/ Chris Baker*
Chris Baker

Page 3— DECLARATION OF CHRIS BAKER

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417