# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PERIENNE DE JARAY,

      Plaintiff,

  v.

ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C16-571 RSM

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED THAT:  Defendants' Motion to Dismiss (Dkt. #22) is GRANTED. Plaintiff's claims are DISMISSED with prejudice.  Plaintiff's Motion for Leave to Seek Discovery (Dkt. #26 is DENIED as moot. This case is CLOSED.

Dated this 5th day of January 2017.

                              WILLIAM M. MCCOOL
                              Clerk

                              /s/ Rhonda Stiles
                              Deputy Clerk