```
Andrew C. Lauersdorf, WSBA #35418
E-mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-mail: jcp@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside St., Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417
```

Attorneys for Plaintiff Perienne de Jaray

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PERIENNE DE JARAY, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN, CANADIAN BORDER SERVICES AGENCY, GLOBAL AFFAIRS CANADA fka DEPARTMENT OF FOREIGN AFFAIRS AND INTERNATIONAL TRADE CANADA, GEORGE WEBB, KEVIN VARGA, and PATRICK LISKA, <br><br> Defendants. | No.: 2:16-cv-00571 <br><br> NOTICE OF APPEAL |

    Notice is given that Plaintiff Perienne de Jaray hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion to Dismiss (Dkt. No. 40) and Judgment (Dkt. No. 41), entered on January 5, 2017.

    This notice of appeal is timely pursuant to FRAP 4(a)(1).

    Pursuant to FRAP 12(b) and Ninth Circuit Rule 3-2(b), attached hereto as Exhibit 1 is a Representation Statement that identifies all parties to the action

///

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

with the names, addresses, telephone numbers, and e-mail addresses of their respective counsel.

DATED: January 26, 2017

MALONEY LAUERSDORF REINER, PC

By /s/Andrew C. Lauersdorf
Andrew C. Lauersdorf, WSBA #35418
E-Mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-Mail: jcp@mlrlegalteam.com

Attorneys for Plaintiff Perienne de Jaray

Page 2– NOTICE OF APPEAL

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, I electronically filed PLAINTIFF'S NOTICE OF APPEAL on behalf of Plaintiff with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

David R. West
Donald B. Scaramastra
Victoria M. Slade
GARVEY SCHUBERT BARER
1191 Second Ave., 18th Floor
Seattle, WA 98101
    *Of Attorneys for Defendants*

DATED: January 26, 2017

MALONEY LAUERSDORF REINER, PC

By /s/Andrew C. Lauersdorf
Andrew C. Lauersdorf, WSBA #35418
E-Mail: acl@mlrlegalteam.com
Janis C. Puracal, WSBA #39234
E-Mail: jcp@mlrlegalteam.com

Attorneys for Plaintiff Perienne de Jaray

Page 1– CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417