**EXHIBIT 1**

**REPRESENTATION STATEMENT**

1. Counsel for Plaintiff Perienne de Jaray

   Andrew C. Lauersdorf, WSBA #35418
   E-mail: acl@mlrlegalteam.com
   Janis C. Puracal, WSBA #39234
   E-mail:  jcp@mlrlegalteam.com
   MALONEY LAUERSDORF REINER, PC
   1111 E. Burnside St., Ste. 300
   Portland, OR  97214
   Telephone: (503) 245-1518
   Facsimile: (503) 245-1417


2. Counsel for Defendants Attorney General of Canada for Her Majesty the Queen, Canadian Border Services Agency, Global Affairs Canada fka Department of Foreign Affairs and International Trade Canada, George Webb, Kevin Varga, and Patrick Liska

   David R. West, WSBA #13680
   E-mail: drwest@gsblaw.com
   Donald B. Scaramastra, WSBA #21416
   E-mail: dscar@gsblaw.com
   Victoria M. Slade, WSBA #44597
   E-mail: vslade@gsblaw.com
   Garvey Schubert Barer
   1191 Second Ave., 18th Floor
   Seattle, WA 98101
   Telephone: (206) 464-3939
   Facsimile: (206) 464-0125

Page 1– REPRESENTATION STATEMENT

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417