

FILED

JUL 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PERIENNE DE JARAY,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>ATTORNEY GENERAL OF CANADA FOR HER MAJESTY THE QUEEN; et al.,<br><br>        Defendants-Appellees. | No. 17-35078<br><br>D.C. No. 2:16-cv-00571-RSM<br>Western District of Washington, Seattle<br><br>ORDER |

    Appellant's motion (Docket Entry No. 13) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

    A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

17JULY2017/LBS/Pro Mo